IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
98 JUL 17 AM 11: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LEGION INSURANCE COMPANY, | ) |
| PLAINTIFF, | ) |
| VS. | ) CV98-H-1118-NE |
| NELSON TAYLOR, individually, and doing business as NELSON TAYLOR CONSTRUCTION, | ) ) ) |
| DEFENDANT. | ) |

ENTERED
JUL 17 1998

## MEMORANDUM OF DECISION

The court has before it the July 16, 1998 motion of plaintiff for a default judgment against defendant declaring that plaintiff has no obligation to indemnify or defend defendant in connection with a civil action currently pending in the Circuit Court of Lincoln County, Tennessee.  The complaint makes reference to a copy of some pleading or court document with regard to the Tennessee action being attached as an exhibit but no such document is attached to the complaint.  Plaintiff endeavored to obtain service of process upon defendant by mailing a copy of the summons and complaint to defendant by certified mail.  The postal form PS 3811 reflects delivery at 23 Round Square Lane, Fayetteville, Tennessee but such form is not signed by defendant, who was the addressee.  Further, there is nothing in the court file to reflect that the person signing for the mail had authority from defendant to receive it.  On that basis, the motion for a default judgment or even for the entry of default is due to be denied.  More significantly, however, the motion cannot



be granted because the complaint fails to demonstrate that this court has jurisdiction under 28 U.S.C. § 1332 or any other federal statute. By separate order this action will be dismissed for lack of jurisdiction.

    DONE this the \_\_\_17th\_\_\_ day of July, 1998.

                                          _/s/ James H. Hancock_
                                    SENIOR UNITED STATES DISTRICT JUDGE